

## NUMBER 13-15-00164-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

**CITY OF BAY CITY,** **Appellant,**

**v.**

**SHIRLEY KNAPP, ET AL.,** **Appellees.**

### On appeal from the 23rd District Court
### of Matagorda County, Texas.

## MEMORANDUM OPINION

### Before Justices Garza, Benavides, and Longoria
### Memorandum Opinion Per Curiam

This appeal was abated by this Court on May 12, 2015, to allow the parties to finalize a settlement agreement. This cause is now before the Court on a joint motion to dismiss the appeal. Accordingly, this case is hereby REINSTATED.

The parties have reached an agreement with regard to the disposition of the matters currently on appeal. Pursuant to the agreement, the parties request this Court

to set aside the trial court's interlocutory order denying City of Bay City's plea to the jurisdiction without regard to the merits, and remand this case to the trial court for rendition of a judgment in accordance with the parties' agreement.[1]

The Court has considered the motion and it is the Court's opinion that the motion should be granted. The joint motion to set aside and remand is GRANTED. Accordingly, we set aside the trial court's judgment without regard to the merits, and REMAND this case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

PER CURIAM

Delivered and filed the
29th day of October, 2015.

---

[1] Texas Rule of Appellate Procedure 42.1(a) permits the appellate court to dispose of an appeal in accordance with an agreement signed by the parties or their attorneys and filed with the clerk. *See* TEX. R. APP. P. 42.1(a). This joint motion requests dismissal of the appeal and remand for entry of further orders by the trial court in accordance with the settlement. While this Court may dismiss an appeal pursuant to an agreement by the parties, we are not permitted to dismiss and remand for further proceedings. *See id.*, 43.2; *In re Ortega*, 225 S.W.3d 610, 610 n.1 (Tex. App.—El Paso 2006, no pet.). Accordingly, we interpret the joint motion as requesting that we set aside the trial court's judgment without regard to the merits and that we remand to the trial court for further proceedings.